IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **AUTAUGA QUALITY COTTON ASSOCIATION,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:14cv879-MHT (WO) |
| **TIM L. CROSBY, et al.,** | ) ) | |
| Defendants. | ) | |

OPINION

Plaintiff filed this lawsuit asserting a breach-of-contract claim.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss for failure to state a claim be denied; that defendants' motion to dismiss for improper venue be granted to the extent that the case should be transferred to the Middle District of Georgia; and that the defendants' alternative motion for change venue on the basis of forum non conveniens be granted as well.  Also before the court are plaintiff's objections to the

recommendation that the venue motions be granted. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted to the extent of (1) denying the motion to dismiss for failure to state a claim and (2) granting the motion to dismiss for improper venue to the extent of transferring this case to the Middle District of Georgia for improper venue.

An appropriate order will be entered.

DONE, this the 30th day of June, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE