```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


AUTAUGA QUALITY COTTON         )
ASSOCIATION,                   )
                               )
      Plaintiff,               )
                               )        CIVIL ACTION NO.
      v.                       )         2:14cv879-MHT
                               )              (WO)
TIM L. CROSBY, et al.,         )
                               )
      Defendants.              )
```

ORDER

In accordance with the memorandum opinion entered today, it is the ORDER of the court as follows:

(1) Plaintiff's objections (doc. no. 19) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 18) is adopted to the extent set forth below.

(3) Defendants' motion to dismiss for failure to state a claim (doc. no. 13) is denied.

(4) Defendants' motion to dismiss for improper venue (doc. no. 13) is granted to the extent that the

case shall be transferred under 28 U.S.C. § 1404(a) to the Middle District of Georgia.

    (5)  Defendants' motion to transfer venue under the doctrine of forum non conveniens (doc. no. 13) is denied as moot.

    (6)  This case is transferred to the United States District Court for the Middle District of Georgia.

    The clerk of court is DIRECTED to take all such action as is required to effect the transfer.

    All pending motions are left for consideration by the transferee court.

    This case is closed in this court.

    DONE, this the 30th day of June, 2015.

                           /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE